BTXN 100 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Highland Capital Management, L.P.

Debtor(s)

James Dondero,

Appellant(s)

vs.

Highland Capital Management, L.P.

Appellee(s)

Case No.: 19−34054−sgj11
Chapter No.: 11

Adversary No.: 20−03190−sgj

Civil Action No.: 3:21−cv−01590−N

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 6/15/2021 regarding [191] ) Order granting in part plaintiff's motion to hold James Dondero in civil contempt of court for alleged violation of TRO (related document # 48) Entered on 6/7/2021 by James Dondero, in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, but is not in compliance with Rule 8009 of the Federal Rules of Bankruptcy Procedure and is **deficient** for the following reason(s):

- ☐ Appeal not timely filed.
- ☐ Appeal filing fee not paid.
- ☐ Appellant(s) failed to file designation of the record.
- ☐ Appellant(s)/Appellee(s) failed to provide or prepay for the items designated.
- ☑ Did not provide Court admitted exhibits for hearing date 12/10/2020; did not provide court admitted exhibits for hearing 1/8/2021

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on August 6, 2021.

DATED: 8/6/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk