John T. Wilson IV
State Bar I.D. No. 24033344
Clay M. Taylor
State Bar I.D. No. 24033261
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

ATTORNEYS FOR APPELLANT JAMES DONDERO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| JAMES DONDERO, | § § | |
|     Appellant. | § § § | |
| v. | § § | Case No. 3:21-cv-01590-N |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
|     Appellee. | § | |

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS**

James D. Dondero ("Appellant"), the appellant in the above-referenced matter, pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas, hereby files the following Certificate of Interested Persons:

    1.    Highland Capital Management, L.P., the Debtor in the bankruptcy case captioned In re Highland Capital Management, L.P., case no. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas (the "Bankruptcy Case") and the Plaintiff in adversary proceeding number 20-03190. Counsel for Debtor-Appellee is the firm of Pachulski Stang Ziehl & Jones LLP.

    2.    James Dondero as the Appellant.

Appellant reserves the right to amend or supplement this certificate as and if necessary or appropriate.

Dated: August 12, 2021

Respectfully submitted,

*/s/ Bryan C. Assink*
John T. Wilson IV
State Bar I.D. No. 24033344
Clay M. Taylor
State Bar I.D. No. 24033261
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: john.wilson@bondsellis.com
Email: clay.taylor@bondsellis.com
Email: bryan.assink@bondsellis.com

**ATTORNEYS FOR APPELLANT JAMES DONDERO**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on August 12, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on counsel for Debtor-Appellee Highland Capital Management, L.P. and on all other parties requesting or consenting to such service in this case.

*/s/ Bryan C. Assink*
Bryan C. Assink