Jeffrey S. Levinger
State Bar I.D. No. 12258300
LEVINGER PC
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Tel: (214) 855-6817

-and-

John T. Wilson IV
State Bar I.D. No. 24033344
Clay M. Taylor
State Bar I.D. No. 24033261
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**ATTORNEYS FOR APPELLANT JAMES DONDERO**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **JAMES DONDERO,** § | | |
| § | | |
| Appellant. § | | |
| § | | |
| **v.** § | | |
| § | **Case No. 3:21-cv-01590-N** | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § | | |
| § | | |
| Appellee. § | | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Jeffrey S. Levinger of the firm of LEVINGER PC hereby appears as lead counsel for appellant James D. Dondero ("Appellant") in the above-styled case and respectfully requests that all notices, pleadings, orders, and other papers filed in this case be served upon him at the address below.

Jeffrey S. Levinger<br>
State Bar I.D. No. 12258300<br>
LEVINGER PC<br>
1700 Pacific Avenue, Suite 2390<br>
Dallas, Texas 75201<br>
Tel: (214) 855-6817<br>
Email: jlevinger@levingerpc.com

Dated: August 20, 2021

Respectfully submitted,

*/s/ Jeffrey S. Levinger*
Jeffrey S. Levinger
State Bar I.D. No. 12258300
LEVINGER PC
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Tel: (214) 855-6817
Email: jlevinger@levingerpc.com

-and-

John T. Wilson IV
State Bar I.D. No. 24033344
Clay M. Taylor
State Bar I.D. No. 24033261
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: john.wilson@bondsellis.com
Email: clay.taylor@bondsellis.com
Email: bryan.assink@bondsellis.com

**ATTORNEYS FOR APPELLANT JAMES DONDERO**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on August 20, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on counsel for Debtor-Appellee Highland Capital Management, L.P. and on all other parties requesting or consenting to such service in this case.

                                          */s/ Jeffrey S. Levinger*
                                          Jeffrey S. Levinger