IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES DONDERO, | § | |
| | § | |
| Appellant. | § | |
| | § | |
| v. | § | |
| | § | Case No. 3:21-cv-01590-N |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Appellee. | § | |

### ORDER GRANTING APPELLANT'S UNOPPOSED MOTION TO SUPPLEMENT RECORD ON APPEAL

On this date, the Court considered the *Unopposed Motion to Supplement the Record on Appeal* (the "Motion") filed by Appellant James Dondero ("Appellant"). Upon consideration of the Motion, and the fact that Appellee is unopposed to the relief requested in the Motion, the Court finds that the Motion is well taken and should be granted. Accordingly, the Court finds that just cause exists for entry of the following order. It is therefore **ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. Appellant is authorized to file a supplemental designation of items to be included in the record on appeal to cure the deficiency in the record.

3. The clerk of the bankruptcy court is authorized and directed to promptly transmit the supplemental record on appeal to this Court.

4. Pursuant to Rule 8018 of the Federal Rules of Bankruptcy Procedure, the Appellant's opening brief shall be due within thirty (30) days after the docketing of notice that the supplemental record has been transmitted or is available electronically.

SIGNED August 24, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE