PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
(*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326)
(*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992)
(*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

ROBBINS, RUSSELL, ENGLERT, ORSECK &
UNTEREINER LLP
Roy T. Englert, Jr. (DC Bar No. 358464)
(*admitted pro hac vice*)
Matthew M. Madden (DC Bar No. 991139)
(*admitted pro hac vice*)
Shikha Garg (NY Bar No. 5805635)
(*admitted pro hac vice*)
John B. Goerlich (DC Bar No. 1656553)
(*admitted pro hac vice*)
2000 K Street NW, 4th Floor
Washington DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
Zachery Z. Annable (TX Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| JAMES DONDERO, | § | |
| | § | |
| Appellant, | § | |
| | § | Case No. 3:21-cv-01590-N |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Appellee. | § | |

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1**

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Highland Capital Management, L.P. (the "Appellee" or "Reorganized Debtor"), appellee in the above-referenced matter, hereby submits the following *Certificate of Interested Persons* (the "CIP") pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas:

1. Highland Capital Management, L.P., the Reorganized Debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11 (the "Bankruptcy Case") and the Plaintiff in adversary proceeding number 20-03190, both pending in the United States Bankruptcy Court of the Northern District of Texas.

2. Appellant James Dondero and his counsel, Levinger PC (Jeffrey S. Levinger) and Bond Ellis Eppich Schafer Jones LLP (Clay M. Taylor, John T. Wilson IV, and Bryan C. Assink).

The Reorganized Debtor reserves the right to amend or supplement this CIP as and if necessary or appropriate.

Dated: January 13, 2022.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
   jmorris@pszjlaw.com
   gdemo@pszjlaw.com

-and-

**ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP**
Roy T. Englert, Jr. (DC Bar No. 358464)
Matthew M. Madden (DC Bar No. 991139)
Shikha Garg (NY Bar No. 5805635)
John B. Goerlich (DC Bar No. 1656553)
2000 K Street NW, 4th Floor
Washington DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: renglert@robbinsrussell.com
   mmadden@robbinsrussell.com
   sgarg@robbinsrussell.com
   jgoerlich@robbinsrussell.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Appellee Highland Capital Management, L.P.*