IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **JAMES DONDERO,** | § | |
| | § | |
| Appellant. | § | |
| | § | |
| v. | § | |
| | § | Case No. 3:21-cv-01590-N |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| Appellee. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT JAMES DONDERO

On this date, the Court considered the *Unopposed Motion to Withdraw as Counsel for Appellant James Dondero* (the "Motion")[1] filed by John T. Wilson IV, Clay M. Taylor, Bryan C. Assink, and the firm of Bonds Ellis Eppich Schafer Jones LLP (collectively, the "Firm"), requesting that this Court authorize the Firm to withdraw as counsel for James Dondero ("Mr. Dondero") in the above-captioned case. Upon consideration of the Motion, the Court finds that the Motion is well taken and should be granted. Accordingly, the Court finds that just cause exists for entry of the following order. It is therefore **ORDERED** as follows:

1. The Motion is hereby **GRANTED**.

2. The Firm, including each of its attorneys, are permitted to withdraw as counsel for Mr. Dondero in the above-captioned case and are deemed withdrawn effective as of the entry of this Order.

3. The Clerk of this Court and all parties are directed to remove the Firm and each of the Firm's attorneys as attorneys for Mr. Dondero on the docket in this case.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

Signed August 19, 2022.

_____
David C. Godbey
United States District Judge